UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. 05-60172-CR-Lenard(s)

vs.

Willie Reynolds                CHANGE OF PLEA

FILED JAN 20 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

On _Jan 20, 2006_ the above named defendant appeared in person before the Honorable Joan A. Lenard, United States District Judge, with _Leonard Fenn_, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _one_, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The proceeded to pronounce sentence. (See J&C)
(X) The Court postponed sentencing until _March 31, 2006 @ 3:30 pm_
( ) The defendant being allowed to remain on bond until sentencing.
(X) Modifications to Conditions of Release: _Electronic monitoring condition is removed, and curfew removed. rpt. 1X per week in person_
( ) The defendant being remanded to the custody of the U.S. Marshal until a _____ bond in the amount of $_____ is approved and posted.
( ) The defendant being remanded to the custody of the U.S. Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge **Joan A. Lenard**                          AUSA _Larry Bardfeld_
Court Reporter **Lisa Edwards**                   Interpreter _____
Courtroom Deputy **Patricia Mitchell**