# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 05-60172-WPD
        Plaintiff )
                 ) REPORT COMMENCING CRIMINAL
      -vs- )            ACTION
                  )
Willie Reynolds ) 65649-004
    Defendant    USMS NUMBER

**********************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              FT. PIERCE
                        (circle one of above)

FILED by _____ D.C.
FEB - 3 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

**********************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2/3/10   0900   am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Sup. Release Violation

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: ___, 79

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/3/10   (9) Arresting Officer: T. Peyton

(10) Agency: USMS   (11) Phone: _____

(12) Comments: _____