UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE  NO. 05-60172-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

WILLIE REYNOLDS

Marshal # 65649-004

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 18th day of March, 2010  for final hearing for the revocation of the defendant's Supervised Release.

On the 28th day of April 2006,  this defendant was sentenced to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release.   It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED.

ORDERED that the defendant is hereby sentenced to Six (6)  months imprisonment. No further conditions of supervised release are imposed.

The Court recommends designation to a South Florida facility.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida  this  18  day  of March, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Laurence Bardfeld,  AUSA
    Faith Mesnekoff, Esq.
    U.S. Probation
    U.S. Marshal